WILLIAM S. SQUIER, appellant,

*v.*

MECHANICS NATIONAL BANK OF NEWARK, respondent.

*Mr. John Lilly* and *Mr. Cortlandt Parker,* for appellant.

*Mr. John R. Emery,* for respondent.

PER CURIAM.

This decree affirmed, for the reasons given by Vice-Chancellor Van Fleet in the case below. *Mechanics National Bank* v. *Burnet Manuf. Co., 6 Stew. Eq. 486.*

For affirmance—DEPUE, DIXON, KNAPP, MAGIE, REED, SCUDDER, VAN SYCKEL, COLE, GREEN, WHITAKER—10.

For reversal—PATERSON—1.